# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCLIN US HOLDINGS INC., *et al.*,[1] | ) | Case No. 09-12628 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: August 31, 2009 at 4:00 p.m.** |
| | ) | **Hearing Date: September 8, 2009 at 3:00 p.m.** |

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that, on August 21, 2009, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases filed the **Application of the Official Committee of Unsecured Creditors to Authorize the Retention and Employment of Morris Anderson & Associates, Ltd. as Financial Advisors to Creditors' Committee *Nunc Pro Tunc* to August 13, 2009** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Committee on or before **August 31, 2009 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Application will be held before The Honorable Kevin J. Carey at the United

---

[1] The Debtors are Arclin US Holdings Inc., Marmorandum LLC, Arclin Chemicals Holding Inc., Arclin Industries U.S.A. Inc., Arclin Fort Smith Inc., Arclin U.S.A. Inc., and Arclin Surfaces Inc.

States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **September 8, 2009 at 3:00 p.m. (Eastern Daylight Time).**

      IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 21, 2009
      Wilmington, Delaware

Respectfully submitted,

/s/ _____
Russell C. Silberglied (No. 3462)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
Williams Silverman
Jenette Barrow-Bosshart
David M. Posner
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*