IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ARCLIN US HOLDING, INC., *et al.*,[1] | : | Case No. 09-12628 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF *AMENDED* AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 22, 2009 AT 10:00 A.M.**

*I.* ***UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION***

    1.    Debtors' Motion for an Order Authorizing the Rejection of Certain Railcar Leases Pursuant to 11 U.S.C. § 365 [Dkt. No. 115; filed August 28, 2009].

**Related Documents**:

    a.    Notice of Motion [Dkt. No. 115; filed August 28, 2009];

    b.    Proposed Order Granting Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Railcar Leases Pursuant to 11 U.S.C. § 365 [Dkt. No. 115; filed August 28, 2009]; and

    c.    *Certificate of No Objection Regarding Docket No. 115 [Dkt. No. 181; filed September 21, 2009].*

**Objection Deadline**: September 17, 2009 at 4:00 p.m.

**Objections Filed**: None.

**Status**: *Certificate of No Objection filed.*

---

[1] The Debtors are Arclin US Holdings Inc., Marmorandum LLC, Arclin Chemicals Holding Inc., Arclin Industries U.S.A. Inc., Arclin Fort Smith Inc., Arclin U.S.A. Inc., and Arclin Surfaces Inc.

{00001388. }

## II. UNCONTESTED MATTERS GOING FORWARD

2. Debtors' Motion for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Proofs of 503(b)(9) Claims and Approving the Form and Manner of Notice Thereof [Dkt. No. 169; filed September 16, 2009].

   **Related Documents**:

   a. Proposed Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Proofs of 503(b)(9) Claims and Approving the Form and Manner of Notice Thereof [Dkt. No. 169; filed September 16, 2009];

   b. Motion of Debtors for Entry of Order Shortening Notice Period and Scheduling Hearing on the Debtors' Motion for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 170; filed September 16, 2009];

   c. Proposed Order Granting Motion of Debtors to Shorten Notice Period and Schedule a Hearing on Their Motion for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 170; filed September 16, 2009] and

   d. Signed Order Granting Motion of Debtors to Shorten Notice Period and Schedule a Hearing on Their Motion for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Dkt. No. 176; filed September 17, 2009].

   **Objection Deadline**: At or prior to the hearing.

   **Objections Filed**: None to date.

   **Status**: This matter will be going forward.

3. Debtors' Motion for a Supplemental Order Authorizing the Payment of Prepetition Employee Expense Reimbursements [Dkt. No. 171; filed September 16, 2009].

   **Related Documents**:

   a. Proposed Supplemental Order Authorizing the Payment of Prepetition Employee Expense Reimbursements [Dkt. No. 171; filed September 16, 2009];

   b. Motion of Debtors for Entry of an Order Shortening Notice Period and Scheduling a Hearing on the Debtors' Motion for Supplemental Order Authorizing the Payment of Prepetition Employee Expense Reimbursements [Dkt. No. 172; filed September 16, 2009];

   c. Proposed Order Granting Motion of Debtors for Entry of an Order Shortening Notice Period and Scheduling a Hearing on the Debtors' Motion for a Supplemental Order Authorizing the Payment of Prepetition Employee Expense Reimbursement [Dkt. No. 172; filed September 16, 2009]; and

   d. Signed Order Granting Motion of Debtors for Entry of an Order Shortening Notice Period and Scheduling a Hearing on the Debtors' Motion for a Supplemental Order Authorizing the Payment of Prepetition Employee Expense Reimbursement [Dkt. No. 175; filed September 17, 2009].

   **Objection Deadline**: At or prior to the hearing.

   **Objections Filed**: None to date.

**Status**: This matter will be going forward.

Dated: September 21, 2009
       Wilmington, Delaware

                              **MESSANA ROSNER & STERN LLP**

                              /s/ Frederick B. Rosner
                              Frederick B. Rosner (DE #3995)
                              Kenneth L. Dorsney (DE #3726)
                              1000 N. West Street, Suite 1200
                              Wilmington, DE 19801
                              Telephone: (302) 295-4877
                              Email: frosner@mrs-law.com
                                           kdorsney@mrs-law.com

                                         -and-

                              Glenn E. Siegel
                              Brian E. Greer
                              Andrew L. Buck
                              DECHERT LLP
                              1095 Avenue of the Americas
                              New York, New York 10112
                              Telephone: (212) 698-3500
                              Facsimile: (212) 698-3599
                              Email: brian.greer@dechert.com

                              Co-Counsel for the Debtors
                              and Debtors-in-Possession