# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| ARCLIN US HOLDINGS, INC., *et al.*,[1] | : Case No. 09-12628 (KJC) |
| Debtors. | : Jointly Administered |

## NOTICE OF FILING DISCLOSURE STATEMENT

Arclin US Holdings, Inc. and its debtor affiliates (collectively, the "Debtors"), debtors and debtors in possession in the above-captioned cases, by and through their undersigned counsel, hereby files the following document:

DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF
THE BANKRUPTCY CODE FOR THE DEBTORS' JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

---

[1] The Debtors are Arclin US Holdings Inc., Marmorandum LLC, Arclin Chemicals Holding Inc., Arclin Industries U.S.A. Inc., Arclin Fort Smith Inc., Arclin U.S.A. Inc., and Arclin Surfaces Inc.

{00001433.}

Dated: September 21, 2009
      Wilmington, Delaware

**MESSANA ROSNER & STERN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: frosner@mrs-law.com

-and-

Glenn E. Siegel
Brian E. Greer
Andrew L. Buck
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10112
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: brian.greer@dechert.com

Co-Counsel for the Debtors
and Debtors-in-Possession