# EXHIBIT II

# UNAUDITED HISTORICAL COMBINED FINANCIALS AND PROJECTIONS

## PRINCIPAL ASSUMPTIONS FOR THE PROJECTIONS

The Projections assume the Plan will be confirmed and consummated in accordance with its terms and that there will be no material changes that will have any unexpected impact on the Company's operations. The Projections assume an Effective Date of December 31, 2009 for the purpose of this analysis. Expenses incurred as a result of the Reorganization Cases are assumed to be paid through the pendency of the cases upon the Effective Date.

It is important to understand that the Projections and estimates of values described below may differ, and those differences may be material, from actual performance and are highly dependent on significant assumptions concerning the future operations of these businesses. These assumptions are subject to certain risk factors as detailed in the Disclosure Statement. These assumptions include growth of certain lines of business, labor costs and other operating costs, inflation, market considerations and the level of investment required for capital expenditures and working capital. Furthermore, the Projections assume that the Arclin Group will continue to operate the business of the Company as presently constituted in accordance with the Business Plan; however, to the extent that the Arclin Group determines to discontinue operations in one or more areas of its current businesses, or to dispose of assets or operations, actual results of future operations could be materially different from the Projections.

The estimates of value included in the Projections are not intended to reflect the values that may be attainable in public or private markets. They are not intended to be appraisals or reflect the value that may be realized if assets are sold.

The Arclin Group is expected to adopt "fresh-start" reporting in accordance with generally accepted accounting principles ("GAAP"). Fresh-start reporting requires that the reorganization value of the Arclin Group be allocated to its assets and liabilities consistent with SFAS No. 141, "Business Combinations" (SFAS No 141). The total book value used in preparing the projected Consolidated Balance Sheet of the Arclin Group was assumed to be approximately $236 million.

A fair market value analysis of the assets and liabilities of the Arclin Group, as required for purposes of fresh-start accounting, has not been completed. The amount and allocation of the reorganization value to individual assets and liabilities is therefore subject to change and could result in material differences to the allocated values estimated in these Projections. Depreciation and amortization estimates assume that depreciation and amortization attributed to property and equipment is $9 million per year.

### Revenue

Revenue growth assumptions have been developed for the major lines of business of the Arclin Group. Fiscal year 2009 reflects the Business Plan, which was developed through a detailed budgeting approach, and updated taking into account anticipated customer demand, production levels, and perspectives on building products and other end-markets.

Revenues in 2010 and 2011 are expected to increase due to general economic growth trends and recovery in Arclin's key markets including general industrial, residential and non-residential construction.

### Expenses

Raw material expenses in 2009 reflect actual increases experienced through August 2009 with some decrease expected over the balance of the year. Raw material expenses in 2010 and 2011 assume the Company passes through all changes in raw material prices (positive or negative).

Utilities expenses for 2009 reflect contracts currently in place and expenses for 2010 and 2011 are based on third-party price forecasts and increases in production.

Production and SG&A expenses in 2009 reflect the impact of various cost-savings initiatives taken over the course of the year. For 2010 and 2011, production expenses are in line with sales growth while SG&A expenses are grown at 3% annually.

Working Capital Assumptions

Accounts receivable days sales outstanding are projected to be 28 days. Inventory days outstanding (based on raw materials, utilities and other production costs) are projected to be at 13 days throughout the projection period. Accounts payable are expected to increase to 35 days by the end of 2010 and remain there for 2011, consistent with historical levels.

Capital Expenditures

The Projections assume that the Arclin Group's capital expenditures are $13.0 million in 2010 and $11.0 million in 2011.

Debt Assumptions

The $60.0 million Term Loan and Revolver balances are assumed to have an interest rate of 7.75%.

**Income Statement**
*($USD millions)*

| | Actual | | Projected | | |
|---|---|---|---|---|---|
| | 2008 | 6/30/2009 | 2009 | 2010 | 2011 |
| Net Sales | 677.6 | 186.8 | 387.9 | 419.0 | 506.4 |
| Raw Materials | 525.9 | 126.7 | 270.0 | 289.5 | 356.9 |
| Utilities | 21.5 | 8.5 | 16.6 | 19.7 | 21.7 |
| Value Add | 130.1 | 51.5 | 101.2 | 109.8 | 127.8 |
| Production Costs and SGA | 107.6 | 48.7 | 79.4 | 79.1 | 85.0 |
| Non-Recurring | 16.8 | 9.5 | - | - | - |
| Adjusted EBITDA | 39.3 | 12.3 | 21.9 | 30.7 | 42.8 |
| **Consolidated EBITDA** | **39.3** | **12.3** | **21.9** | **30.7** | **42.8** |
| Depreciation & Amortization | (146.5) | (9.2) | (15.2) | (8.6) | (9.0) |
| Non-recurring Charges | (16.8) | (9.5) | (26.3) | - | - |
| EBIT | (124.0) | (6.4) | (19.6) | 22.1 | 33.8 |
| Interest Expense (net) | (21.2) | (8.4) | (13.1) | (7.0) | (5.7) |
| Income Tax Expense | 3.6 | 6.3 | - | (5.7) | (10.6) |
| Minority Interest | 0.1 | 0.5 | 0.5 | - | - |
| **Net Income** | **(141.5)** | **(8.0)** | **(32.2)** | **9.4** | **17.5** |

**Balance Sheet**
*($USD millions)*

| | Actual | | Projected | | |
|---|---|---|---|---|---|
| | FY08 | 6/30/2009 | 12/31/2009 | 12/31/2010 | 12/31/2011 |
| **Assets** | | | | | |
| Cash and cash equivalents | 12.8 | 6.3 | - | 4.0 | 11.2 |
| Trade Receivables | 27.6 | 29.4 | 28.2 | 27.1 | 38.8 |
| Prepaids | 4.9 | 5.7 | 5.7 | 6.2 | 7.1 |
| Inventories | 28.5 | 21.3 | 21.0 | 22.7 | 32.4 |
| Other current | 14.5 | 18.0 | 18.0 | 18.0 | 18.0 |
| **Current Assets** | **88.3** | **80.6** | **72.8** | **77.9** | **107.5** |
| Property, plant and equipment (net) | 181.5 | 181.3 | 163.0 | 167.4 | 169.4 |
| Intangible assets | 68.5 | 64.8 | - | - | - |
| Goodwill | 32.5 | 32.5 | - | - | - |
| Deferred Financing Costs | - | - | - | - | - |
| Pension Asset | - | - | - | - | - |
| Other long-term | - | 0.1 | - | - | - |
| **Total Assets** | **370.9** | **359.3** | **235.8** | **245.3** | **276.9** |
| **Liabilities and Shareholders' Equity** | | | | | |
| Revolver | - | - | 24.0 | 4.3 | - |
| Trade Payables | 31.1 | 23.0 | 10.0 | 28.3 | 40.4 |
| Accrued Liabilities | 9.9 | 10.8 | 10.8 | 8.9 | 12.2 |
| Other Liabilities | 237.8 | 241.1 | - | - | - |
| **Current Liabilities** | **278.8** | **274.9** | **44.8** | **41.5** | **52.5** |
| Term Loan | - | - | 60.0 | 60.0 | 60.0 |
| 2nd Lien Loan | - | - | - | - | - |
| Deferred Tax Liabilities | 52.2 | 52.2 | - | 3.3 | 6.4 |
| Pension Liabilities | 21.7 | 20.1 | 20.1 | 20.1 | 20.1 |
| Other Long-term Liabilities | - | - | - | - | - |
| **Total Liabilities** | **352.7** | **347.3** | **124.9** | **124.9** | **139.1** |
| **Shareholders Equity** | **18.2** | **12.1** | **110.9** | **120.3** | **137.8** |
| **Total Liabilities & Shareholders Equity** | **370.9** | **359.3** | **235.8** | **245.3** | **276.9** |

**Cash Flow Summary**
*($USD mlns)*

|  | Actual | | Projected | | |
|---|---|---|---|---|---|
|  | FY08 | 6/30/2009 | 12/31/2009 | 12/31/2010 | 12/31/2011 |
| **Operating Activities** | | | | | |
| Adjusted EBITDA | 39.3 | 12.3 | 21.9 | 30.7 | 42.8 |
| Cash Taxes | 1.9 | (1.3) | 0.3 | (2.4) | (7.6) |
| Cash Interest | (16.6) | (3.8) | (3.8) | (7.0) | (5.6) |
| Incremental Cash Pension Contributions | (4.7) | (4.0) | (8.0) | | |
| EIP Bonus Payment (net of accrual) | | (3.4) | (3.4) | | |
| Restructuring Payments (severances) | | (2.5) | (2.5) | | |
| Financial Restructuring Costs | | (5.1) | (10.1) | | |
| Change in Operating Net Working Capital | | 4.7 | (21.5) | 15.3 | (7.0) |
| Operating Cash Flow | 5.1 | (3.0) | (27.2) | 36.7 | 22.6 |
| **Investing Activities** | | | | | |
| Capex | (25.5) | (2.2) | (4.4) | (13.0) | (11.0) |
| Investing Cash Flow | (25.5) | (2.2) | (4.4) | (13.0) | (11.0) |
| **Financing Activities** | | | | | |
| Revolver Draw / (Repayment) | 17.0 | (0.5) | 24.0 | (19.7) | (4.3) |
| First Lien Loan Issuance / (Repayment) | (15.0) | | | | |
| Issue (Redemption) of Common Shares | 25.0 | | | | |
| Financing Fees | | | 0.2 | | |
| Financing Cash Flow | 27.0 | (0.5) | 24.2 | (19.7) | (4.3) |
| Change in Cash Position | 6.6 | (5.7) | (7.3) | 4.0 | 7.2 |
| Net Effect of FX on Cash | (1.5) | (0.8) | - | - | - |
| Beginning Cash Balance | 7.7 | 12.8 | 7.3 | (0.0) | 4.0 |
| Ending Cash Balance | 12.8 | 6.3 | - | 4.0 | 11.2 |