# EXHIBIT III

# LIQUIDATION ANALYSIS OF THE DEBTORS

# EXHIBIT III.A

**EXHIBIT III.A**

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

## Introduction

The Arclin Group has prepared this illustrative analysis of a hypothetical liquidation of the Debtors (the "Liquidation Analysis") as of July 26, 2009 ("the "Hypothetical Liquidation Date") in connection with the Disclosure Statement issued by the Debtors in connection with the Plan. The Liquidation Analysis provides an estimate of the realizable value of the Debtors' assets in a liquidation and the resulting distribution to creditors in accordance with their respective priorities in the context of a liquidation as opposed to the implementation of the Plan and the emergence of the Debtors from the Reorganization Cases.[1]

Unless otherwise specifically referred to herein, the Liquidation Analysis considers only the liquidation of the Debtors and does not consider any realizations from the assets of the CCAA Debtors or the Canadian Partnerships.

## Disclaimer and Limitations

The Liquidation Analysis is based on numerous estimates and assumptions that, although regarded as reasonable by the Debtors, are inherently subject to significant business and economic uncertainties and contingencies, including many which would be beyond the control of the Debtors. In addition, a liquidation would necessarily occur in the future and under circumstances that cannot presently be predicted. Given these uncertainties, there is no assurance that the realizations indicated in the Liquidation Analysis would be achieved. The amount available for distribution to creditors, if the Debtors were liquidated, could be materially different than that presented in the Liquidation Analysis, and no representation or warranty can be or is being made with respect to the actual distributions. The Debtors specifically reserve their right to reconsider the assumptions and estimates used in the Liquidation Analysis.

The Liquidation Analysis estimates the amounts potentially available for distribution to the creditors following a liquidation. The value of the Claims presented in the Liquidation Analysis is based on the Debtor's books and records and assumes the Claims subsequently filed are Allowed Claims. The claims process has not yet been initiated, and the actual amount of Claims ultimately accepted could be materially different. Nothing contained in the Liquidation Analysis is intended or may constitute a concession or admission of liability of the Debtors for any purpose.

The Liquidation Analysis has been prepared solely for the use of creditors of the Debtors as general information regarding the state of affairs of the Debtors and to assist creditors of the Debtors in assessing the merit and fairness of the Plan. As such, the Liquidation Analysis shall

---

[1] Successfully emerging from the Reorganization Cases is also contingent on Arclin Canada receiving approval for and implementing the CCAA Plan.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

not be used for any other purpose. The Debtors do not assume any responsibility or liability for losses incurred as a result of the use of the Liquidation Analysis contrary to the provisions of this paragraph.

Capitalized terms used in the Liquidation Analysis that are not otherwise defined have the meanings ascribed to them in the Plan.

All monetary amounts are expressed in U.S. dollars unless stated otherwise.

All monetary amounts in the Liquidation Analysis are presented at nominal value and are not discounted for the time-value of money. Such discounting would reduce the value of any amounts available for distribution to creditors.

## Summary

The Debtors estimate that the net realizable value of their assets at the Hypothetical Liquidation Date would range from approximately $30.9 million to $45.4 million. The resulting net realizations available to the principal creditor classes are summarized in the table presented at Appendix "A." The net realizable value of the assets and the amounts potentially available for distribution is reflected in the attached appendix should be considered in conjunction with the assumptions below.

## General Assumptions

*Timing and Nature of the Liquidation Process*

The Liquidation Analysis assumes the liquidation process commences on or shortly after the Hypothetical Liquidation Date under one of two underlying scenarios. The purpose of considering the two scenarios is to illustrate a range of potential net realizations based on varied overall assumptions guiding a hypothetical liquidation.

First, the low estimate of realizable value in liquidation (the "Low Realization Estimate") contemplates a complete and immediate cessation of the Debtors' operations where no customer orders are produced or delivered after the Hypothetical Liquidation Date. The Debtors believe a failure to deliver time-sensitive customer orders would give rise to substantial customer damage claims. As such, an abrupt cessation of operations would significantly reduce the value realized on working capital assets. The tangible assets, including production equipment, are assumed to be sold within three months. Land and buildings will require twelve months to sell.

Second, the high estimate of realizable value in a liquidation (the "High Realization Estimate") assumes the Debtors wind down their operations in an orderly fashion over three months, being

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

the time frame required to facilitate an orderly transition of production to alternate suppliers for the majority of customers and products and thereby mitigating adverse production consequences for the Debtors' customers.[2] As such, an orderly wind down over three months is anticipated to reduce potential damage claims from the larger customers and maximize the realization on working capital assets. Following the wind down, the tangible assets are assumed to be sold within a further period of six months reflecting a more fulsome marketing process resulting in an improvement to the expected realizable value. Land and buildings will require twelve months to sell as in the case of the Low Realization Estimate.

In both scenarios, the Liquidation Analysis assumes the Debtors' Reorganization Cases are immediately converted into Chapter 7 cases under the Bankruptcy Code on the Hypothetical Liquidation Date, the Bankruptcy Court appoints a trustee (the "Chapter 7 Trustee") to liquidate the assets of the Debtors and financing is available to the Chapter 7 Trustee as required.

*Interdependence between the Debtors*

The centralization of the administrative functions of the Debtors primarily into Arclin Canada, combined with the financing structure of the corporate group and common customers and suppliers between the Debtors and the CCAA Debtors, has resulted in intercompany loans and investments among and between the Debtors as well as among and between the Debtors and Arclin Canada. This has created a high degree of interdependence between the realizations of individual Debtors in a liquidation, particularly under the High Realization Estimate which involves a coordinated approach to the wind-down among the Debtors and also between the Debtors and the CCAA Debtors.

*Certain Tax Matters*

The Liquidation Analysis does not consider the tax consequences in the United States that may be triggered upon as a result of a liquidation. While such tax consequences may be material, the inclusion of the tax consequences would further reduce the amounts available for distribution.

## Asset Realization Assumptions

*Cash and Cash Equivalents*

---

[2] The Liquidation Analysis assumes either the Canadian Proceeding continue and Arclin Canada remains in possession of its assets and proceeds to liquidate under the supervision of the Monitor, or that the liquidation of Arclin Canada is done through a bankruptcy or receivership in Canada, and that there is a coordinated wind-down of the Debtors and the CCAA Debtors.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

The Debtors held unrestricted cash of $6.8 million in bank accounts at the Hypothetical Liquidation Date. The Liquidation Analysis assumes the unrestricted cash is fully recovered through the liquidation process in both the High and Low Realization Estimates.

*Trade Accounts Receivable*

The Low Realization Estimate assumes all of the Debtors' customers assert significant damage claims against them for failure to deliver committed orders and, as a result, the Debtors only collect approximately 20% of the trade accounts receivable totalling approximately $3.4 million outstanding at the Hypothetical Liquidation Date. Conversely, by the Debtors continuing to supply larger customers while those customers transition work to other suppliers, the High Realization Estimate assumes the Debtors minimize customer damage claims and recover approximately $12.6 million or 75% of the trade accounts receivable book value.

*Inventories*

The Debtors held raw materials, packaging and finished goods inventories at the Hypothetical Liquidation Date of approximately $7.9 million, $0.4 million and $8.2 million, respectively. The Low Realization Estimate assumes, following the immediate cessation of operations, all inventories are sold either as useable raw materials or scrap resulting in an overall recovery rate of 51% of the book value. The High Realization Estimate assumes that substantially all of the raw materials and packaging inventories are processed and converted to complete customer orders during the wind down of the Debtors' operations. As such, the Debtors recover the normal sales value on the converted inventories which is reflected in the trade accounts receivables collections and net cash flow from wind down of operations. The unused inventories are sold at liquidation value which is nominal.

*Land and Buildings*

The Debtors operate from eight facilities throughout the United States of which seven are owned. The Liquidation Analysis assumes the owned land and buildings are sold after being marketed for 12 months and the Debtors recover, based on an appraisal commissioned by the Debtors dated July 10, 2007 and net of the environmental remediation reserves estimated by the Debtors, 29% and 50% of the book value of approximately $24.9 million in the Low and High Realization Estimates, respectively. It is assumed that there is no value to the leasehold interest related to the leased facility.

*Machinery and Equipment and Other Fixed Assets*

The Debtors operate with machinery and equipment with a depreciated book value of approximately $85.2 million at the Hypothetical Liquidation Date.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

The Low Realization Estimate assumes the Debtors' facilities are closed immediately on the commencement of the liquidation and the production equipment is sold on a piece-meal basis over a period of three months. Conversely, the High Realization Estimate assumes the closure of the facilities occurs following the wind-down of operations and a period of six months is required to sell the production equipment. The Debtors estimate, based on an appraisal commissioned by the Debtors as at June 1, 2009, that 7% and 8% of the book value, net of commissions, realization and holding costs is recovered in the Low and High Realization Estimates, respectively. The appraisal was prepared on the basis that leased equipment and any related equity has been excluded. The Liquidation Analysis does not consider the possible impact on value that may arise from marketing all of the production equipment for sale simultaneously which could materially impact the value recovered and, as a result, the amount available for distribution.

The Debtors own vehicles, computer equipment, software, leasehold improvements, office furniture and fixtures with a depreciated book value of approximately $3.7 million at the Hypothetical Liquidation Date. The Liquidation Analysis assumes these other fixed assets are sold at auction and the Debtors recover 10% and 25% of the book value in the Low and High Realization Estimates, respectively.

Overall this results in a recovery for machinery and equipment and other fixed assets of between 7% and 9% on total book value of $88.9 million.

*Other Assets*

Other assets include, among other things, prepaid expenses, supplier deposits, other non-trade receivables, income taxes recoverable and future income tax assets. The Liquidation Analysis assumes that there is no realizable value for any of these items.

*Intercompany Assets*

The Debtors' intercompany assets include intercompany trade receivables, short term loans and related interest receivable. The Liquidation Analysis assumes that there is no realizable value for any of these items.

*Investment in Other U.S. Subsidiaries*

The Debtors include a number of inactive or holding companies in the United States (the "Non-Operating Debtors"). The combined assets of the Non-Operating Debtors are not material in comparison to the total assets of the Debtors. The Liquidation Analysis assumes the Debtors' recovery on the assets of the Non-Operating Debtors is achieved through a liquidation of these companies in conjunction with the overall liquidation.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

## Wind-Down and Liquidation Cost Assumptions

*Net Cash Flow from Wind-Down of Operations*

The net positive cash flow generated by the wind-down of the Debtors' operations over a three-month period assumed in the High Realization Estimate is based on the most recent cash flow forecast for the 13 weeks ended November 28, 2009, with reduced materials purchases to reflect utilization of opening raw materials inventory and reduced capital expenditures reflecting the pending shutdown of operations. The Low Realization Estimate does not contemplate a continuation of the Debtors' operations past the Hypothetical Liquidation Date.

*Asset Realization Costs*

Asset realization costs include the cost to decommission the Debtors' facilities as well as the fees and commissions to be paid to liquidators, real estate brokers and other service firms on the liquidation of inventory, land and building, machinery, equipment and other fixed assets.

*Holding Costs*

Holding costs include, among other things, property taxes, rent, security and insurance and are based on $25,000/month at each facility based on the equipment appraisal dated June 1, 2009. The Low and High Realization Estimates assume the facilities are held for a period of 12 months.

*Professional Fees*

Professional fees include estimates of the fees and expenses of the financial and legal advisors retained by the Chapter 7 Trustee and the fees of the Chapter 7 Trustee itself at the 3% maximum allowed under the Bankruptcy Code. The fees of the other professionals were estimated based on the level of expenditures incurred by the Debtors during the Reorganization Cases to date.

## Distribution Assumptions

*DIP Facility*

At the commencement of the Reorganization Cases, the CCAA Debtors and the Debtors, as borrowers, entered into the DIP Facility with certain members of the First Lien Lenders syndicate. The Liquidation Analysis assumes that there were no amounts outstanding under the DIP Credit Agreement at the Hypothetical Liquidation Date.

*Claims of the First Lien and Second Lien Lenders*

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

The First Lien Lenders and Second Lien Lenders are owed approximately $207 million and $30.5 million, respectively, for loans and advances made to the Debtors (approximately $220.4 million) and the CCAA Debtors (approximately $17.1 million) under the First Lien Credit Agreement and the Second Lien Credit Agreement. The amounts owing under these credit agreements are secured by all of the assets of the Debtors and the CCAA Debtors with each of the individual Debtors and CCAA Debtors liable for the full amount of the indebtedness either as borrowers or as guarantors under the credit agreements.

To the extent that there are realizations from a liquidation of the CCAA Debtors, these would be applied against and reduce the amount owing to the First Lien Lenders. However, it is not expected that any such reduction would be sufficient, combined with the proceeds from the liquidation of the Debtors, to have the First Lien Lenders paid out.

As the Liquidation Analysis, in the High Realization Estimate, indicates that the net realizable value generated from this liquidation of the assets is less than the amount owed to the First Lien Lenders, there would not be any realizations available for any category of creditors subordinate to the First Lien Lenders and, accordingly, we have not considered them in this analysis.

Consolidated

## Arclin US Holdings Inc. and Subsidiaries
## Illustrative Analysis of Hypothetical Liquidation
As at July 26, 2009

Appendix A

### Consolidated US Companies

| Asset Realizations | Net Book Value | High Realization Estimate Amount | Low Realization Estimate Amount |
|---|---|---|---|
| **Proceeds from assets** | | | |
| Cash and cash equivalents | $ 6,824,231 | $ 6,824,232 | $ 6,824,232 |
| Trade accounts receivable | $ 16,822,172 | $ 12,641,930 | $ 3,437,643 |
| Inventories | $ 16,463,804 | $ - | $ 8,415,492 |
| Land and buildings | $ 24,904,009 | $ 12,397,120 | $ 7,199,060 |
| Plant and machinery and other fixed assets | $ 88,900,976 | $ 8,157,466 | $ 5,963,646 |
| Other assets | $ 114,817,538 | $ - | $ - |
| | 268,732,730 | 40,020,748 | 31,840,072 |
| **Proceeds from intercompany assets** | | | |
| Intercompany trade receivables | $ 427,636 | $ - | $ - |
| Intercompany loans, notes and investments | $ 8,365,357 | $ - | $ - |
| | $ 8,792,993 | - | - |
| **Liquidation costs** | | | |
| Net cash flow from operations wind down | | $ 6,580,000 | $ - |
| Professional fees | | $ (1,200,622) | $ (955,202) |
| | | 5,379,378 | (955,202) |
| **Funds available for distribution** | | $ 45,400,126 | $ 30,884,870 |

| Creditor Distributions | | Claim Value | Distribution | Claim Value | Distribution |
|---|---|---|---|---|---|
| **Secured claims in order of priority** | | | | | |
| DIP Lenders | | $ - | - | $ - | - |
| 1st Lien Holders | | $ 206,961,494 | 45,400,126 | $ 206,961,494 | 30,884,870 |
| 2nd Lien Holders | | $ 30,573,308 | - | $ 30,573,308 | - |
| | | 237,534,802 | 45,400,126 | 237,534,802 | 30,884,870 |
| Administrative claims (including reclamation claims) | | | | | |
| Priority claims | | | | | |
| General unsecured claims | | | | | |
| | | - | - | - | - |
| | | | 0.0% | | 0.0% |
| Funds distributed to creditors | | | $ 45,400,126 | | $ 30,884,870 |
| Residual equity value, if any | | | $ - | | $ - |

**EXHIBIT III.B**

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

## Introduction

The Arclin Group has prepared this illustrative analysis of a hypothetical liquidation of the entire Arclin Group – representing both the Debtors as well as the CCAA Debtors and the Canadian Partnerships who are not subject to the Reorganization Cases – (the "Liquidation Analysis") as of July 26, 2009 ("the "Hypothetical Liquidation Date") in connection with the Disclosure Statement issued by the Debtors in connection with the Plan. The Liquidation Analysis provides an estimate of the realizable value of the Arclin Group's assets in a liquidation and the resulting distribution to creditors in accordance with their respective priorities in the context of a liquidation as opposed to the implementation of the Plan and the emergence of the Debtors from the Reorganization Cases.[1]

The Liquidation Analysis considers the liquidation of the Arclin Group's assets that are subject to insolvency proceedings in Canada pursuant to the CCAA or in the United States pursuant to the Bankruptcy Code.

## Disclaimer and Limitations

The Liquidation Analysis is based on numerous estimates and assumptions that, although regarded as reasonable by the Arclin Group, are inherently subject to significant business and economic uncertainties and contingencies, including many which would be beyond the control of the Arclin Group. In addition, a liquidation would necessarily occur in the future and under circumstances that cannot presently be predicted. Given these uncertainties, there is no assurance that the realizations indicated in the Liquidation Analysis would be achieved. The amount available for distribution to creditors, if the Arclin Group were liquidated, could be materially different than that presented in the Liquidation Analysis, and no representation or warranty can be or is being made with respect to the actual distributions. The Arclin Group specifically reserves their right to reconsider the assumptions and estimates used in the Liquidation Analysis.

The Liquidation Analysis has been prepared for purposes of the Disclosure Statement using underlying assumptions consistent with the normal practice for preparing disclosure statements in connection with plans of reorganization under the Bankruptcy Code. The underlying assumptions used in the Liquidation Analysis may not be appropriate for other purposes, and the ultimate approach if the Arclin Group were, in fact, liquidated may differ.

The Liquidation Analysis estimates the amounts potentially available for distribution to the creditors following a liquidation. The value of the Claims presented in the Liquidation Analysis

---

[1] Successfully emerging from the Reorganization Cases is also contingent on Arclin Canada receiving approval for and implementing the CCAA Plan.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

is based on the Arclin Group's books and records and assumes the Claims subsequently filed are Allowed Claims. The claims process has not yet been initiated, and the actual amount of Claims ultimately accepted could be materially different. Nothing contained in the Liquidation Analysis is intended or may constitute a concession or admission of liability of the Arclin Group for any purpose.

The Liquidation Analysis has been prepared solely for the use of creditors of the Debtors as general information regarding the state of affairs of the Arclin Group and to assist creditors of the Debtors in assessing the merit and fairness of the Plan. As such, the Liquidation Analysis shall not be used for any other purpose. The Arclin Group do not assume any responsibility or liability for losses incurred as a result of the use of the Liquidation Analysis contrary to the provisions of this paragraph.

Capitalized terms used in the Liquidation Analysis that are not otherwise defined have the meanings ascribed to them in the Plan.

All monetary amounts are expressed in U.S. dollars unless stated otherwise.

All monetary amounts in the Liquidation Analysis are presented at nominal value and are not discounted for the time-value of money. Such discounting would reduce the value of any amounts available for distribution to creditors.

## Summary

The Arclin Group estimates that the net realizable value of their assets at the Hypothetical Liquidation Date would range from approximately $51.3 million to $72.3 million. The resulting net realizations available to the principal creditor classes are summarized in the table presented at Appendix "A." The net realizable value of the assets and the amounts potentially available for distribution is reflected in the attached appendix should be considered in conjunction with the assumptions below.

## General Assumptions

*Timing and Nature of the Liquidation Process*

The Liquidation Analysis assumes the liquidation process commences on or shortly after the Hypothetical Liquidation Date under one of two underlying scenarios. The purpose of considering the two scenarios is to illustrate a range of potential net realizations based on varied overall assumptions guiding a hypothetical liquidation.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

First, the low estimate of realizable value in liquidation (the "Low Realization Estimate") contemplates a complete and immediate cessation of the Arclin Group's operations where no customer orders are produced or delivered after the Hypothetical Liquidation Date. The Arclin Group believes that a failure to deliver time-sensitive customer orders would give rise to substantial customer damage claims. As such, an abrupt cessation of operations would significantly reduce the value realized on working capital assets. The tangible assets, including production equipment, are assumed to be sold within three months. Land and buildings will require twelve months to sell.

Second, the high estimate of realizable value in a liquidation (the "High Realization Estimate") assumes the Arclin Group winds down its operations in an orderly fashion over three months, being the time frame required to facilitate an orderly transition of production to alternate suppliers for the majority of customers and products and thereby mitigating adverse production consequences for the Arclin Group's customers. As such, an orderly wind down over three months is anticipated to reduce potential damage claims from the larger customers and maximize the realization on working capital assets. Following the wind down, the tangible assets are assumed to be sold within a further period of six months reflecting a more fulsome marketing process resulting in an improvement to the expected realizable value. Land and buildings will require twelve months to sell as in the case of the Low Realization Estimate.

In both scenarios, the Liquidation Analysis assumes the Debtors' Reorganization Cases are immediately converted into Chapter 7 cases under the Bankruptcy Code on the Hypothetical Liquidation Date, the Bankruptcy Court appoints a trustee (the "Chapter 7 Trustee") to liquidate the assets of the Debtors and financing is available to the Chapter 7 Trustee as required. The assets of the CCAA Debtors and Canadian Partnerships are assumed to be liquidated under the supervision of the Monitor or that the liquidation of Arclin Canada is done through a bankruptcy or receivership in Canada.

*Interdependence between the Debtors*

The centralization of the administrative functions of the Debtors primarily into Arclin Canada, combined with the financing structure of the corporate group and common customers and suppliers between the Debtors, the CCAA Debtors and the Canadian Partnerships, has resulted in intercompany loans and investments among and between the Debtors as well as among and between the Debtors and Arclin Canada. This has created a high degree of interdependence between the realizations of individual Debtors in a liquidation, particularly under the High Realization Estimate which involves a coordinated approach to the wind-down among the Debtors and also between the Debtors, the CCAA Debtors and the Canadian Partnerships.

*Certain Tax Matters*

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

The Liquidation Analysis does not consider the tax consequences in the United States or Canada that may be triggered upon as a result of a liquidation. While such tax consequences may be material, the inclusion of the tax consequences would further reduce the amounts available for distribution.

## Asset Realization Assumptions

*Cash and Cash Equivalents*

The Arclin Group held unrestricted cash of $8.8 million in bank accounts at the Hypothetical Liquidation Date. The Liquidation Analysis assumes the unrestricted cash is fully recovered through the liquidation process in both the High and Low Realization Estimates.

*Trade Accounts Receivable*

The Low Realization Estimate assumes all of the Arclin Group's customers assert significant damage claims against them for failure to deliver committed orders and, as a result, the Arclin Group only collects approximately $5.0 million or 22% of the trade accounts receivable with a book value of approximately $22.4 million outstanding at the Hypothetical Liquidation Date. Conversely, by the Arclin Group continuing to supply larger customers while those customers transition work to other suppliers, the High Realization Estimate assumes the Arclin Group minimizes customer damage claims and recovers approximately $17.2 million or 77% of the trade accounts receivable book value.

*Inventories*

The Arclin Group held raw materials, packaging and finished goods inventories at the Hypothetical Liquidation Date of approximately $12.0 million, $0.4 million and $10.7 million, respectively. The Low Realization Estimate assumes, following the immediate cessation of operations, all inventories are sold either as useable raw materials or scrap resulting in an overall recovery rate of 54% of the book value. The High Realization Estimate assumes that substantially all of the raw materials and packaging inventories are processed and converted to complete customer orders during the wind down of the Arclin Group's operations. As such, the Arclin Group recovers the normal sales value on the converted inventories which is reflected in the trade accounts receivables collections and net cash flow from wind down of operations. The unused inventories are sold at liquidation value which is nominal.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

*Land and Buildings*

The Arclin Group operates from 13 facilities throughout Canada and the United States of which 12 are owned. The Liquidation Analysis assumes the owned land and buildings are sold after being marketed for 12 months and the Arclin Group recovers, based on an appraisal commissioned by the Arclin Group dated July 10, 2007 and net of the environmental remediation reserves estimated by the Arclin Group, 35% and 56% of the book value of approximately $51.8 million in the Low and High Realization Estimates, respectively. It is assumed that there is no value to the leasehold interest related to the leased facility.

*Machinery and Equipment and Other Fixed Assets*

The Arclin Group operates with machinery and equipment with a depreciated book value of approximately $124.8 million at the Hypothetical Liquidation Date.

The Low Realization Estimate assumes the Arclin Group's facilities are closed immediately on the commencement of the liquidation and the production equipment is sold on a piece-meal basis over a period of three months. Conversely, the High Realization Estimate assumes the closure of the facilities occurs following the wind-down of operations and a period of six months is required to sell the production equipment. The Arclin Group estimates, based on an appraisal commissioned by the Arclin Group as at June 1, 2009, that 6% and 8% of the book value, net of commissions, realization and holding costs is recovered in the Low and High Realization Estimates, respectively. The appraisal was prepared on the basis that leased equipment and any related equity has been excluded. The Liquidation Analysis does not consider the possible impact on value that may arise from marketing all of the production equipment for sale simultaneously which could materially impact the value recovered and, as a result, the amount available for distribution.

The Arclin Group owns vehicles, computer equipment, software, leasehold improvements, office furniture and fixtures with a depreciated book value of approximately $5.2 million at the Hypothetical Liquidation Date. The Liquidation Analysis assumes these other fixed assets are sold at auction and the Arclin Group recovers 10% and 25% of the book value in the Low and High Realization Estimates, respectively.

Overall this results in a recovery for machinery and equipment and other fixed assets of between 6% and 9% on total book value of $130.0 million.

*Other Assets*

Other assets include, among other things, prepaid expenses, supplier deposits, other non-trade receivables, income taxes recoverable and future income tax assets. The Liquidation Analysis assumes that there is no realizable value for any of these items.

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

*Intercompany Assets*

The Arclin Group's intercompany assets include intercompany trade receivables, short term loans and related interest receivable. The Liquidation Analysis assumes that there is no realizable value for any of these items.

*Investment in Other U.S. Subsidiaries*

The Arclin Group includes a number of inactive or holding companies in the United States (the "Non-Operating Debtors"). The combined assets of the Non-Operating Debtors are not material in comparison to the total assets of the Arclin Group. The Liquidation Analysis assumes the Arclin Group's recovery on the assets of the Non-Operating Debtors is achieved through a liquidation of these companies in conjunction with the overall liquidation.

## Wind-Down and Liquidation Cost Assumptions

*Net Cash Flow from Wind-Down of Operations*

The net positive cash flow generated by the wind-down of the Arclin Group's operations over a three-month period assumed in the High Realization Estimate is based on the most recent cash flow forecast for the 13 weeks ended November 28, 2009, with reduced materials purchases to reflect utilization of opening raw materials inventory and reduced capital expenditures reflecting the pending shutdown of operations. The Low Realization Estimate does not contemplate a continuation of the Arclin Group's operations past the Hypothetical Liquidation Date.

*Asset Realization Costs*

Asset realization costs include the cost to decommission the Arclin Group's facilities as well as the fees and commissions to be paid to liquidators, real estate brokers and other service firms on the liquidation of inventory, land and building, machinery, equipment and other fixed assets.

*Holding Costs*

Holding costs include, among other things, property taxes, rent, security and insurance and are based on $25,000/month at each facility based on the equipment appraisal dated June 1, 2009. The Low and High Realization Estimates assume the facilities are held for a period of 12 months.

*Professional Fees*

Professional fees include estimates of the fees and expenses of the financial and legal advisors retained by the Chapter 7 Trustee and the fees of the Chapter 7 Trustee itself at the 3% maximum allowed under the Bankruptcy Code. The fees of the other professionals were estimated based

The Arclin Group
**Illustrative Analysis of a Hypothetical Liquidation**
As of July 26, 2009

on the level of expenditures incurred by the Arclin Group during the Reorganization Cases and CCAA proceedings to date.

## Distribution Assumptions

*DIP Facility*

At the commencement of the Reorganization Cases, the CCAA Debtors and the Debtors, as borrowers, entered into the DIP Facility with certain members of the First Lien Lenders syndicate. The Liquidation Analysis assumes that there were no amounts outstanding under the DIP Credit Agreement at the Hypothetical Liquidation Date.

*Claims of the First Lien and Second Lien Lenders*

The First Lien Lenders and Second Lien Lenders are owed approximately $207 million and $30.5 million, respectively, for loans and advances made to the Debtors (approximately $220.4 million) and the CCAA Debtors (approximately $17.1 million) under the First Lien Credit Agreement and the Second Lien Credit Agreement. The amounts owing under these credit agreements are secured by all of the assets of the Debtors and the CCAA Debtors with each of the individual Debtors and CCAA Debtors liable for the full amount of the indebtedness either as borrowers or as guarantors under the credit agreements.

To the extent that there are realizations from a liquidation of the CCAA Debtors, these would be applied against and reduce the amount owing to the First Lien Lenders. However, it is not expected that any such reduction would be sufficient, combined with the proceeds from the liquidation of the Debtors, to have the First Lien Lenders paid out.

As the Liquidation Analysis, in the High Realization Estimate, indicates that the net realizable value generated from this liquidation of the assets is less than the amount owed to the First Lien Lenders, there would not be any realizations available for any category of creditors subordinate to the First Lien Lenders and, accordingly, we have not considered them in this analysis.

**Arclin Group**  
**Illustrative Analysis of Hypothetical Liquidation**  
As at July 26, 2009

Appendix A

**Combined Canadian and US Companies**

| Asset Realizations | Net Book Value | High Realization Estimate Amount | Low Realization Estimate Amount |
|---|---|---|---|
| Proceeds from assets | | | |
| Cash and cash equivalents | $ 8,800,457 | $ 8,800,445 | $ 8,800,445 |
| Trade accounts receivable | $ 22,372,270 | $ 17,181,663 | $ 4,991,339 |
| Inventories | $ 23,099,287 | $ - | $ 12,450,550 |
| Land and buildings | $ 51,846,585 | $ 29,025,853 | $ 18,268,355 |
| Plant and machinery and other fixed assets | $ 129,983,870 | $ 11,527,229 | $ 8,397,208 |
| Other assets | $ 119,227,077 | $ - | $ - |
| | 355,329,546 | 66,535,190 | 52,907,897 |
| Proceeds from intercompany assets | | | |
| Intercompany trade receivables | $ 756,548 | $ - | $ - |
| Intercompany loans, notes and investments | $ 5,255,052 | $ - | $ - |
| | $ 6,011,600 | - | - |
| Liquidation costs | | | |
| Net cash flow from operations wind down | | $ 7,798,861 | $ - |
| Professional fees | | $ (1,996,056) | $ (1,587,237) |
| | | 5,802,806 | (1,587,237) |
| Funds available for distribution | | $ 72,337,996 | $ 51,320,661 |

| Creditor Distributions | | Claim Value | Distribution | Claim Value | Distribution |
|---|---|---|---|---|---|
| Secured claims in order of priority | | | | | |
| DIP Lenders | | $ - | - | $ - | - |
| 1st Lien Holders | | $ 206,961,494 | 72,337,996 | $ 206,961,494 | 51,320,661 |
| 2nd Lien Holders | | $ 30,573,308 | - | $ 30,573,308 | - |
| | | 237,534,802 | 72,337,996 | 237,534,802 | 51,320,661 |
| Administrative claims (including reclamation claims) | | | | | |
| Priority claims | | | | | |
| General unsecured claims | | | | | |
| | | - | - | - | - |
| | | | 0.0% | | 0.0% |
| Funds distributed to creditors | | | $ 72,337,996 | | $ 51,320,661 |
| Residual equity value, if any | | | $ - | | $ - |

Totals in the above schedule are subject to rounding errors from the underlying numbers  
Unaudited  
See Disclaimer and Limitations