# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ARCLIN US HOLDINGS INC., et al., | ) Case No. 09-12628 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) Related to Dkt. No. /9 2. |

## ORDER GRANTING MOTION SHORTENING NOTICE PERIOD AND SCHEDULING A HEARING ON THE DEBTORS' MOTION FOR, AMONG OTHER THINGS, APPROVAL OF DISCLOSURE STATEMENT

Upon the motion (the "Motion to Shorten")[1] of Arclin US Holdings Inc. and its debtor affiliates (collectively, the "Debtors"), for entry of an order pursuant to Del. Bankr. LR 9006-1(e), shortening the notice period and scheduling a hearing on the Debtors' Motion for Order (I) Determining Adequacy of the Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Voting, Objection and Other Deadlines with Respect to Confirmation of Plan; (IV) Approving (A) the Form and Manner of Notice of the Hearing on Confirmation and Related Matters, (B) the Form of Solicitation Packages and the Manner and Timing of the Transmittal Thereof, (C) the Procedures Governing the Temporary Allowance of Claims for Voting Purposes, and (D) Procedures for Tabulating Votes on Plan; and (V) Granting Certain Other Relief (the "Solicitation Motion"); and due and proper notice of the Motion to Shorten having been given under the circumstances; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted.

---

[1] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the Solicitation Motion.

2. A hearing with respect to the Solicitation Motion shall be held on **October 14, 2009 @ 1:00 p.m. (PET)** before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Wilmington, Delaware 19801.

3. Any objection or response to the Solicitation Motion shall be filed with the Court on or before **October 9, 2009 @ 4:00 P.m. (PET)** and served upon counsel for the Debtors so that it is received on or before such date and time.

Dated: September 23, 2009
Wilmington, Delaware

_____
United States Bankruptcy Judge