# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARCLIN US HOLDINGS INC., et al., | Bankr. Case No. 09-12628 (KJC) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF FILING OF AMENDED EXHIBITS C, E AND H AND NEW EXHIBIT O TO PLAN SUPPLEMENT TO THE DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED ON DECEMBER 4 2009

**PLEASE TAKE NOTICE** that the Debtors have filed (i) amended Exhibit C – "Restructuring Transactions" to the Plan Supplement filed on November 23, 2009 [Dkt. No. 378] in connection with the Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified on December 4, 2009 (the "Plan")[2] [Dkt. No. 412] which was confirmed by the Court by order entered December 8, 2009 [Dkt. No. 428], (ii) amended Exhibit E – "New Term Debt Term Sheet" to the Plan Supplement, (iii) amended Exhibit H – "Form of Shareholders Agreement" to the Plan Supplement, (iv) copies of each of the foregoing marked to reflect changes from the previous Plan Supplement versions filed on November 23, 2009 and (v) new Exhibit O – "Members of Board of Directors New Arclin, New Luxco, US Holdco and the Reorganized Debtors" to the Plan Supplement. The Debtors reserve the right to further alter, amend, update or modify the Plan Supplement.

---

[1] The Debtors are Arclin US Holdings Inc., Marmorandum LLC, Arclin Chemicals Holding Inc., Arclin Industries U.S.A. Inc., Arclin Fort Smith Inc., Arclin U.S.A. Inc., and Arclin Surfaces Inc.

[2] Capitalized terms not otherwise defined herein or in any of the Exhibits annexed hereto shall have the meanings ascribed to them in the Plan.

15488414

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing documents (i) are available on the website of Kurtzman Carson Consultants LLC at www.kccllc.net/arclin, (ii) may be obtained upon written request from Arclin US Holdings, Inc., c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245 or (iii) may be obtained upon request to Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036 (attn: Andrew L. Buck: 212-698-3551; andrew.buck@dechert.com).

Dated: January 14, 2010
      Wilmington, Delaware

MESSANA ROSNER & STERN LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: frosner@mrs-law.com

-and-

Glenn E. Siegel
Brian E. Greer
Andrew L. Buck
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: brian.greer@dechert.com

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION