# Schedule 2
# Amended Exhibit E – "New Term Debt Term Sheet"

# TERM LOAN FACILITY

# SUMMARY OF PRINCIPAL TERMS AND CONDITIONS

| | |
|---|---|
| Borrower: | Arclin US Holdings Inc., a Delaware corporation (the "Borrower"). On the effective date (the "Effective Date") of each of the (i) the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, Dated September 21, 2009 (the "US Plan") relating to the US Borrower and each of the other debtors (collectively the "US Debtors") referenced therein and (ii) Plan of Compromise and Arrangement, dated November 9, 2009, as amended or as amended and restated (the "CCAA Plan" and, collectively with the US Plan, the "Plan"), proposed by Arclin Canada and each of the other debtors referenced therein (the "CCAA Debtors" and, together with the US Debtors, the "Debtors") in proceedings before the Ontario Superior Court of Justice (Commercial List) under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, the Borrower will be a direct or indirect wholly-owned subsidiary of newly-formed holding companies in each of Delaware, Luxembourg and the Cayman Islands (each a "Holding Company" and, collectively, the "Holding Companies"). The Borrower and the Guarantors (as defined below) are referred to collectively herein as the "Loan Parties"). |
| Lenders: | A syndicate of banks, financial institutions and other entities, constituting permitted Class 2 holders of First Lien Claims (as defined in the US Plan) and holders of Affected Secured Claims (as defined in the CCAA Plan), who shall receive their pro rata share, among other things, of the Term Loan (as defined below), in partial satisfaction of their claims against the Debtors. |
| Administrative Agent and Collateral Agent: | Black Diamond Commercial Finance, L.L.C., or an administrative agent and collateral agent otherwise satisfactory to the Required Lenders (as defined below). |
| Type and Amount of Facility: | A term loan credit facility (the "Term Loan Facility" and each loan thereunder, a "Term Loan") in an aggregate face amount of up to $60 million (the "Term Loan Cap"). Borrower will be the Borrower in respect of the full $60 million of aggregate face amount of the Term Loan. The Term Loan will be allocated among the Lenders as directed by the Administrative Agent in accordance with the requirements of the Plan. |
| Purpose: | On the Closing Date, each holder of a permitted First Lien Claim in Class 2 (as defined in the US Plan) and each holder of an Affected Secured Claim that is a holder of a First Lien Claim (as defined in the CCAA Plan) shall receive its pro-rata share of the |

| | |
|---|---|
| | Term Loan in partial satisfaction of its claims against the Debtors, the CCAA Debtors and the Canadian Partnerships (as defined in the US Plan). |
| Closing Date: | On or prior to January 30, 2010. |
| Maturity Date: | 5 years from the Closing Date. |
| Amortization: | Term Loan Facility: The Term Loan Facility will amortize in equal quarterly installments equal to 0.25% of the initial aggregate principal amount of the Term Loans. |
| Interest: | At Borrowers' option, loans will bear interest based on the Base Rate or LIBOR, as described below: |

A. Base Rate Option

Interest will be at the Base Rate plus the applicable Interest Margin, calculated on the basis of the actual number of days elapsed in a year of 365 days and payable quarterly in arrears. The Base Rate is defined as the higher of (x) 2.75%, (y) the Federal Funds Rate, as published by the Federal Reserve Bank of New York, plus 1/2 of 1% and (z) the prime rate of interest published in The Wall Street Journal, as reported from time to time.

B. LIBOR Option

Interest will be determined for periods to be selected by Borrowers ("Interest Periods") of one, two, three or six months and will be at an annual rate equal to the higher of (i) 1.75% or (ii) London Interbank Offered Rate ("LIBOR") for the corresponding deposits of U.S. dollars, plus the applicable Interest Margin. LIBOR will be determined by the Administrative Agent at the start of each Interest Period and will be fixed through such period. Interest will be paid at the end of each Interest Period or, in the case of Interest Periods longer than three months, quarterly, and will be calculated on the basis of the actual number of days elapsed in a year of 360 days. LIBOR will be adjusted for maximum statutory reserve requirements (if any).

| | |
|---|---|
| Default Interest : | Default interest equal to 2.0% will apply on conditions TBD. |
| Interest Margins: | The Interest Margin will be the basis points set forth in the following table: |

| Base Rate Loans | LIBOR Loans |
|---|---|
| 500 | 600 |

2

| | |
|---|---|
| Mandatory Prepayments: | Customary for facilities of this type. |
| Optional Prepayments: | Permitted in whole or in part, with prior notice but without premium or penalty (except LIBOR breakage costs) and including accrued and unpaid interest, subject to limitations as to minimum amounts of prepayments. |
| Application of Prepayments: | Mandatory and optional prepayments will first be applied to the Term Loan Facility and be applied to the scheduled amortization thereof on a *pro rata* basis, subject to the prior application to the exit asset-based revolving credit facility (the "ABL Facility"). |
| Guarantees: | The Term Loan Facility will be fully and unconditionally guaranteed on a joint and several basis by all of U.S. subsidiaries of the Holding Company formed in Luxembourg (collectively, the "Guarantors"). No non-US subsidiary of any Loan Party will guarantee the obligations of the Borrower or any other Loan Party. |
| Security: | The Term Loan Facility and any hedging obligations to which a Lender or an affiliate of a Lender is a counterparty relating to the Term Loan Facility will be secured by a perfected second priority lien on substantially all of the assets of each of the Loan Parties, subject to exceptions to be determined, including that assets of non-US subsidiaries will not be pledged to secure obligations of the Loan Parties. |
| | The liens securing the obligations under the Term Loan Facility will be subordinated to the liens securing the ABL Facility through an intercreditor agreement reasonably satisfactory to the Administrative Agent and the agent under the ABL Facility. |
| Conditions to Effectiveness: | Conditions precedent to the effectiveness the Term Loan Facility will be usual and customary for financings of this kind. |
| Representations and Warranties: | The definitive documents will include such representations and warranties (which will apply to each of the Loan Parties and their respective subsidiaries) as are usual and customary for financings of this kind. |
| Affirmative Covenants: | The definitive documentation will include such affirmative covenants as are usual and customary for financings of this kind, including (x) the delivery of unaudited quarterly financial statements for the first three fiscal quarters of the Loan Parties within 45 days of the end of such fiscal quarter and (z) the delivery of unqualified audited annual financial statements within 90 days of the end of each fiscal year of the Loan Parties (or within 120 days of the end of the 2009 fiscal year). |

3

| | |
|---|---|
| Negative Covenants: | The definitive documentation will include such negative covenants as are usual and customary for financings of this kind. |
| Financial Covenants: | TBD; provided that there shall be a "covenant holiday" pursuant to which no financial covenants shall be tested during the first nine months after the Closing Date. |
| Events of Default: | The definitive documentation will include such events of default as are usual and customary for financings of this kind. |
| Required Lenders: | Lenders holding at least a majority of total loans and commitments under the Term Loan Facility, with certain amendments requiring the consent of Lenders holding a greater percentage (or all) of the total loans and commitments under the Term Loan Facility. |
| Governing Law and Forum: | The laws of the State of New York. Each party to the Financing Documentation will waive the right to trial by jury and will consent to jurisdiction of the state and federal courts located in The City of New York, County of New York. |