**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ARCLIN US HOLDINGS INC., <u>et al.</u>, | ) ) | Bankr. Case No. 09–12628 (KJC) |
| Debtors.[1] | ) ) ) | Jointly Administered |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED ON DECEMBER 4, 2009**

**TO ALL CREDITORS, EQUITY HOLDERS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT:**

On July 27, 2009 (the "<u>Petition Date</u>"), Arclin US Holdings, Inc. ("<u>Arclin US</u>") and its wholly-owned direct and indirect subsidiaries (collectively, the "<u>Debtors</u>") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District Delaware (the "<u>Bankruptcy Court</u>").

On December 8, 2009 (the "<u>Confirmation Date</u>"), the Bankruptcy Court entered an order (the "<u>Confirmation Order</u>") confirming the Debtors' Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code, as Modified on December 4, 2009 (the "<u>Modified Plan</u>"). Unless otherwise defined, capitalized terms used in this Notice shall have the meanings ascribed to them in the Modified Plan.

**Occurrence of the Effective Date**

The Effective Date occurred on January 15, 2010.

**Distribution Record Date**

The Distribution Record Date was December 8, 2009.

---

[1] The Debtors are Arclin US Holdings Inc., Marmorandum LLC, Arclin Chemicals Holding Inc., Arclin Industries U.S.A. Inc., Arclin Fort Smith Inc., Arclin U.S.A. Inc. and Arclin Surfaces Inc.

15448397

**Final Fee Applications**

Holders of Professional Fee Claims shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred after the Petition Date through Confirmation Date (each, a "Final Fee Application") with the Bankruptcy Court by no later than the date that is sixty (60) days after the Effective Date, or such other date that may be fixed by the Bankruptcy Court, in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court District of Delaware, and shall serve such Final Fee Application upon: (i) counsel to the Debtors: (a) Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036 (Attn: Brian E. Greer) and (b) Messana Rosner & Stern LLP, 1000 N. West Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Frederick B. Rosner), (ii) the Debtors, Arclin US Holdings Inc., 5865 McLaughlin Road, Unit 3, Mississauga, Ontario L5R 1B8 Canada (Attn: D. Scott Maynard), (iii) the Office of the United States Trustee for Region 3, serving the District of Delaware, 844 N. King Street, Room 2207, Wilmington, Delaware 19801 (Attention: David M. Klauder), (iv) counsel to the DIP Agent and the Administrative Agent under the First Lien Credit Facility, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Jude M. Gorman), (v) counsel to the DIP Joint Lead Arranger, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Attn: Mark A. McDermott, Esq.), (vi) counsel to the Committee: (a) Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, New York 10169 (Attn: David M. Posner) and (b) Richards, Layton & Finger, P.A., One Rodney Square, Wilmington, Delaware 19801 (Attn: Russell C. Silberglied), (vii) all other parties on the Debtors' master service list and (viii) all parties who have filed a notice of appearance in these chapter 11 cases.

Each Final Fee Application shall set forth, among other things, in reasonable detail (i) the name and address of the applicant, (ii) the nature of the Professional Fee Claim for which reimbursement is requested for all periods from the date the particular applicant was retained through the Confirmation Date, (iii) the amount of the Professional Fee Claim requested, (iv) the amounts of Professional Fee Claims previously allowed by the Bankruptcy Court, if any and (v) the amount or amounts of payments made to date, if any, by the Debtors to reduce such allowed amounts.

Dated: January 15, 2010
Wilmington, Delaware

**DECHERT LLP**

*/s/ Brian E. Greer*
Brian E. Greer
Andrew L. Buck
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: brian.greer@dechert.com

*ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION*